NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SHERYL TAYLOR,**
*Plaintiff-Appellant,*

**v.**

**UNITED STATES,**
*Defendant-Appellee.*

---

2014-5068

---

Appeal from the United States Court of Federal Claims in No. 1:13-cv-00467-MBH, Judge Marian Blank Horn.

---

**ON MOTION**

---

PER CURIAM.

## O R D E R

Sheryl Taylor moves for leave to proceed in forma pauperis. She also moves for the appointment of counsel and for the court "to produce its delegation of authority" relating to her rejected brief. The United States opposes the appointment of counsel.

2                                                    TAYLOR v. US


We note that the United States Court of Federal Claims permitted Taylor to proceed in forma pauperis. Pursuant to Fed. R. App. P. 24(a)(3), Taylor may proceed in forma pauperis on appeal without further authorization.

To the extent that Taylor is seeking reconsideration of the court's April 25, 2014 order rejecting her initial submission because she did not use the authorized brief form, the court notes that on May 6, 2014, Taylor submitted a conforming brief that was accepted by this court.

Accordingly,

IT IS ORDERED THAT:

(1) The motion for appointment of counsel is denied.

(2) All other motions are denied as moot. No fee payment is required for this appeal.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s24